2PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 MAY 14 PM 4:30
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. __Candice Freeman__         Docket No. __2:03CR20234-01__

## Petition on Probation and Supervised Release

**COMES NOW** Edward E. Shaw **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Candice Freeman who was placed on supervision by the Honorable Bernice B. Donald sitting in the court at Memphis, TN on the 6th day of January, 2004, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of six (6) months. (Completed.)

2. The defendant shall pay restitution in the amount of $214.95. (Paid In Full)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant shall not commit another Federal, state, or local crime.**

On January 29, 2005, the defendant conspired with another to rob at gunpoint a person the defendant knew to be in possession of over $500.00. The defendant has been charged in General Sessions Court of Shelby County, TN with Aggravated Robbery in violation of TCA §39-13-402. The defendant has made a signed confession to the Memphis Police.

**PRAYING THAT THE COURT WILL ORDER** a WARRANT be issued for Candice Freeman to appear before Your Honor to answer charges of violation of Probation.

**BOND:** _____

### ORDER OF COURT

Considered and ordered this 11th day of May 2005 and ordered filed and made a part of the records in the the above case.

_____
Honorable Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 4, 2005

_____
United States Probation Officer

Place: Memphis, TN

(27)

# VIOLATION WORKSHEET

1. Defendant __Candice Freeman.   (Address: 1525 Roosevelt Street, Memphis, TN 38127)__

2. Docket Number (Year-Sequence-Defendant No.) __2:03CR20234-01__

3. District/Office __Western District of Tennessee (Memphis)__

4. __01__ / __06__ / __2004__
   month    day    year

*(If different than above):*

5. Original District/Office _____

6. Original Docket Number (Year-Sequence-Defendant No.) _____

7. List each violation and determine the applicable grade {see §7B1.1}:

| Violation{s} | Grade |
|---|---|
| New Criminal Conduct: Aggravated Robbery | A |

8. Most Serious Grade of Violation (see §7B1.1(b))    **A**

9. Criminal History Category (see §7B1.4(a))74    **I**

10. Range of imprisonment (see §7B1.4(a))    **12 - 18 months***
    * The statutory maximum term of imprisonment is five (5) years.

11. Sentencing Options for Grade B and C violations Only (Check the appropriate box):

{ }  (a) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c) (1) provides sentencing options to imprisonment.

{ }  (b) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c) (2) provides sentencing options to imprisonment.

{X}  (c) If the minimum term of imprisonment determined under §7B1.4(Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

12. **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) ____N/A____                     Community Confinement ____N/A____

Fine ($) ____N/A____                            Home Detention ____N/A____

Other ____N/A____                               Intermittent Confinement ____N/A____

13. **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

Term: ____N/A____ to ____N/A____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: __NMT 3 years__

14. **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____
_____
_____
_____
_____
_____
_____
_____

15. **Official Detention Adjustment** {see §7B1.3(e)}: months _____ days _____

Mail documents to: United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W.
Suite 1400, Washington, D.C., 20004, Attention: Monitoring Unit



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CR-20234 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT